In the Matter of LESTER MARTIN, Respondent, against COLUMBIA PICTURES CORPORATION, Appellant.

Submitted May 26, 1954; decided June 3, 1954.

*Ferdinand Pecora* for motion.
*Louis B. Heller* opposed.

Motion granted and all proceedings stayed pending the hearing and determination of the appeal herein and case set down for argument during the October, 1954, session of the Court of Appeals.